■ In the Matter of MALTA TOWN CENTRE I, LTD., Respondent, v TOWN OF MALTA BOARD OF ASSESSMENT REVIEW, Appellant. [767 NYS2d 685]—Appeal from a judgment of the Supreme Court (Nolan, Jr., J.), entered March 19, 2003 in Saratoga County, which granted petitioner's application, in a proceeding pursuant to RPTL article 7, to reduce a tax assessment on certain real property owned by petitioner.

Judgment affirmed, upon the opinion of Justice Thomas D. Nolan, Jr. (195 Misc 2d 619 [2003]).

Mercure, J.P., Peters, Spain, Mugglin and Kane, JJ., concur. Ordered that the judgment is affirmed, with costs.